UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-62298-BLOOM/Valle**

ROBIN DUNCAN,

    Plaintiff,

v.

NORTH BROWARD HOSPITAL
DISTRICT *doing business as*
BROWARD HEALTH,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR COSTS

**THIS CAUSE** is before the Court upon Defendant North Broward Hospital District's Motion for Bill of Costs, ECF No. [62]. The Court referred the Motion for a Report and Recommendation to the Honorable Alicia O. Valle for a Report and Recommendations ("R&R"). *See* ECF No. [68]. On July 26, 2024, Judge Valle issued a R&R recommending that Defendant's Motion by granted and, pursuant to Rule 54(d), Defendant should be awarded $4,466.40 in taxable costs. ECF No. [69]. Judge Valle advised that any party may serve and file written objections to the R & R within 14 days. *Id.* at 9. To date, Plaintiff has not filed objections, nor sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of the R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Valle's R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes, for the reasons set forth therein, that Defendant should recover $4,466.40 in taxable costs for: (i) fees of the Clerk and Marshal ($555);

Case No. 22-cv-62298-BLOOM/Valle

(ii) fees for printed or electronically recorded transcripts ($3,820.40); (iii) witness fees for Gerado Arguello ($40); and (iv) fees for copies necessarily obtained from Associates MD for use in the case ($51).

It is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [69]**, is **ADOPTED**; and

2. Defendant North Broward Hospital District's Motion for Bill of Costs, **ECF No. [62]**, is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 12, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record